UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 30492
   CARL D GUSTAFSON
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0039
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/03/05 and confirmed on 10/12/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 20507.84 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED VEHIC | 6425.00 | 287.97 | 6425.00 |
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4190.97 | .00 | 4190.97 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5157.61 | .00 | 928.37 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7859.14 | .00 | 1414.65 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8839.32 | .00 | 1591.08 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| DINERS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 514.73 | .00 | 92.65 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4816.98 | .00 | 867.06 |
| WELLS FARGO FINANCIAL BA | UNSECURED | 6841.76 | .00 | 1231.52 |
| FORD MOTOR CREDIT CO | UNSECURED | 700.40 | .00 | 126.07 |
| INTERNAL REVENUE SERVICE | UNSECURED | 188.17 | .00 | 33.87 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6425.00 | 4190.97 | 34918.11 | .00 | 45534.08 |
| PRINCIPAL PAID | 6425.00 | 4190.97 | 6285.27 | .00 | 16901.24 |
| INTEREST PAID | 287.97 | .00 | .00 | .00 | 287.97 |
| TOTAL PAID | 6712.97 | 4190.97 | 6285.27 | .00 | 17189.21 |

The Debtor's attorney, JOHN C DENT                    , was allowed $   2700.00
and was paid $    400.00  direct and $   2300.00  through the plan.

The Trustee received $    910.96 .

Refunds to the Debtor totaled $    107.67 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
        CASE NO. 05 B 30492 CARL D GUSTAFSON
```